## Commonwealth *v.* Ross, Appellant.

Before MIHALICH, J.

Submitted November 24, 1975. *John W. Peck, II,* Assistant Public Defender, and *Dante G. Bertani,* Public Defender, for appellant; *Albert C. Gaudio,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed.

JACOBS, J., dissents.

SPAETH, J., dissents for the reasons set forth in his concurring opinion in *Commonwealth ex rel. Douglass v. Aytch,* 225 Pa. Superior Ct. 195, 200-202 (1973).

## Commonwealth *v.* Rudy, Appellant.

Before GATES, P.J.

Argued December 8, 1975. *Alfred W. Crump, Jr.,* with him *John E. Ruth, David A. Binder,* and *Marx, Ruth, Binder, Ward & Crump,* for appellant; *David J. Brightbill,* Assistant District Attorney, and *George E. Christianson,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.